2024–1342

# United States Court of Appeals for the Federal Circuit

**MAGĒMĀ TECHNOLOGY LLC,**

*Plaintiff–Appellant*

v.

**PHILLIPS 66, PHILLIPS 66 CO., and WRB REFINING LP,**

*Defendants–Appellees*

Appeal from the United States District Court for the Southern District of Texas in Case No. 4:20–CV–02444, Judge Sim Lake

### APPELLANT MAGĒMĀ TECHNOLOGY LLC'S MOTION TO EXTEND TIME TO FILE APPELLANT'S REPLY BRIEF

| | |
|---|---|
| John R. Keville | Miranda Jones |
| Robert L. Green | Jamie McDole |
| **SHEPPARD, MULLIN,** | Michael D. Karson |
| **RICHTER & HAMPTON, LLP** | **WINSTEAD PC** |
| 700 Louisiana St., | 2728 N. Harwood St. |
| Suite 2750 | Suite 500 |
| Houston, Texas 77002 | Dallas, Texas 75201 |
| Tel.: (713) 431–7117 | Tel.: (214) 745–5400 |
| Fax: (713) 431–7024 | Fax: (214) 745–5390 |
| May 31, 2024 | *Attorneys for Plaintiff–Appellant* |

1

## CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4(a)(1), counsel for the Plaintiff-Appellant Magēmā Technology LLC certifies the following:

1. The full name of every party of amicus represented by me is:

Magēmā Technology LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me:

None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. The names of all law firms and the partners or associates that have appeared for the party in the district court and who are not already listed on the docket for the current case are:

WINSTEAD PC
Miranda Y. Jones
Jamie H. McDole
Michael D. Karson

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
John R. Keville
Robert L. Green

Dated: May 31, 2024

*/s/ Miranda Y. Jones*
Miranda Y. Jones
Jamie H. McDole
Michael D. Karson
WINSTEAD PC
2728 N. Harwood St., Suite 500
Dallas, Texas 75201
Tel.: (214) 745–5400
Fax: (214) 745–5390

John R. Keville
Robert L. Green
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
700 Louisiana St., Suite 2750
Houston, Texas 77002
Telephone: (713) 431–7117
Facsimile: (713) 431–7024

*Attorneys for Plaintiff–Appellant Magēmā Technology LLC*

Appellant Magēmā Technology LLC respectfully requests that this Court extend the time to file Appellant's Reply Brief pursuant to Federal Circuit Rule 26(b). In support of its request, Appellant states as follows:

1. Appellant filed its Opening Brief on March 11, 2024.

2. Appellees filed a Motion to Extend Time to File Appellees' Responsive Brief on March 14, 2024, which this Court granted, making their Response Brief due no later than May 22, 2024.

3. Appellees filed their Response Brief on May 22, 2024.

4. Appellant's Reply Brief is currently due on June 12, 2024.

5. Appellant requests a 10-day extension, resulting in a revised due date of June 22, 2024.

6. Appellant has not previously requested any extension in this case, and no party will be prejudiced by the granting of this motion.

7. This request is made for good cause and not for the purpose of delay. Good cause exists for this extension because lead counsel for Appellant experienced a medical emergency on May 27, 2024, resulting in the need to undergo emergency surgery, from which lead counsel is still recovering. This recovery period has taken and will continue to take up a significant portion of Appellant's default briefing period.

8.  Counsel for Appellant notified counsel for Appellees that it will seek an extension. Appellees stated that they are not opposed to the requested extension.

9.  For the foregoing reasons, Appellant respectfully requests that this Court grant this motion and extend the deadline for Appellant to file its Reply Brief from June 12, 2024, to June 21, 2024.

Dated: May 31, 2024                    Respectfully submitted,

/s/ Miranda Y. Jones
Miranda Y. Jones
Jamie H. McDole
Michael D. Karson
WINSTEAD PC
2728 N. Harwood St., Suite 500
Dallas, Texas 75201
Tel.: (214) 745–5400
Fax: (214) 745–5390

John R. Keville
Robert L. Green
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
700 Louisiana St., Suite 2750
Houston, Texas 77002
Telephone: (713) 431–7117
Facsimile: (713) 431–7024

*Attorneys for Plaintiff–Appellant Magēmā Technology LLC*

## CERTIFICATE OF COMPLIANCE

In accordance with Federal Rule of Appellate Procedure 32(a)(7), the undersigned certifies that this Motion for an Extension of Time to File Appellant's Reply Brief complies with the applicable type–volume limitations. This document contains [260] words. This certificate was prepared in reliance on the word count of the word–processing system (Microsoft Office Word LTSC Professional Plus 2021) used to prepare this brief.

May 31, 2024　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Miranda Y. Jones*
　　　　　　　　　　　　　　　　　　　Miranda Y. Jones

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff–Appellant*
　　　　　　　　　　　　　　　　　　　*Magēmā Technology LLC*