FORM 32. Response to Notice to Advise of Scheduling Conflicts

Form 32
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2024-1342

**Short Case Caption:** Magema Technology LLC v. Phillips 66

**Party Name(s):** Magema Technology LLC

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

---

**Argument Waiver**     ☐ My party intends to waive oral argument.

NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form.

---

**Other Parties Representing Interests**

☐ Counsel for another party will represent my party's interests at oral argument

NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party.

---

**Name of Expected Arguing Counsel** | Jamie H. McDole

---

**Dates Unavailable**

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

☑ Yes          ☐ No

If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34.

**FORM 32. Response to Notice to Advise of Scheduling Conflicts**                    **Form 32**
                                                                                     **March 2023**

---

**<u>Potential Case Conflicts</u>**

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☐ Yes          ☑ No

If yes, attach a separate sheet listing those cases.

---

I certify the above information and any attached statement is complete and accurate.  I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: <u>10/08/2024</u>

Signature: <u>/s/ Jamie H. McDole</u>

Name: <u>Jamie H. McDole</u>

# ATTACHMENT

1.    I am counsel for Appellant Magēmā Technology LLC in this appeal and will present argument on behalf of Appellant.

2.    I submit this Amended Response to the Court's Notice to Advise of Scheduling Conflicts.

3.    Appellant Magēmā Technology LLC previously submitted conflicts for oral argument, accepted by the Court, as follows:

- January 6, 2025 – Pre-planned vacation
- February 3 – 5, 2025 – Scheduled participation in a trial the week immediately prior to the oral argument session in No. 2:23-cv-00129, pending in the U.S. District Court for the Eastern District of Texas

4.    Based on the Court's updated session calendar, I have a conflict on the following oral argument date(s) as follows:

- April 7 - 11, 2025 – Scheduled participation in a trial the week of the oral argument session in Cause No. DC-23-17225, pending in the 116th District Court, Dallas County, Texas. Mr. McDole is lead counsel for Defendant and therefore his attendance is required.

Dated: October 8, 2024

*/s/ Jamie H. McDole*

Miranda Y. Jones
Jamie H. McDole
Michael D. Karson
WINSTEAD PC
2728 N. Harwood St., Suite 500
Dallas, Texas 75201
Tel.: (214) 745–5400
Fax: (214) 745–5390

John R. Keville
Robert L. Green
SHEPPARD, MULLIN,
RICHTER &
HAMPTON, LLP
700 Louisiana St., Suite 2750
Houston, Texas 77002
Telephone: (713) 431–7117
Facsimile: (713) 431–7024

*Attorneys for Plaintiff–Appellant
Magēmā Technology LLC*