NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MAGEMA TECHNOLOGY LLC,**
*Plaintiff-Appellant*

v.

**PHILLIPS 66, PHILLIPS 66 CO., WRB REFINING LP,**
*Defendants-Appellees*

2024-1342

Appeal from the United States District Court for the Southern District of Texas in No. 4:20-cv-02444, Senior Judge Simeon Timothy Lake, III.

**O R D E R**

Phillips 66, Phillips 66 Co., and WRB Refining LP ("Phillips 66") filed an entry of appearance for Peter B. Siegal to appear in the above-captioned appeal. The Clerk of Court found the entry of appearance to be non-compliant. Pursuant to the Clerk's notice of non-compliance, failure to timely file a corrected version may result in the document being stricken. As Phillips 66 has failed to timely respond to the Clerk's notice,

It Is Ordered That:

The entry of appearance is stricken.

FOR THE COURT

October 20, 2025
Date

Jarrett B. Perlow
Clerk of Court