NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAGEMA TECHNOLOGY LLC,**
*Plaintiff-Appellant*

v.

**PHILLIPS 66, PHILLIPS 66 CO., WRB REFINING LP,**
*Defendants-Appellees*

---

2024-1342

---

Appeal from the United States District Court for the Southern District of Texas in No. 4:20-cv-02444, Senior Judge Simeon Timothy Lake, III.

---

**ON PETITION FOR PANEL REHEARING**

---

Before MOORE, *Chief Judge*, STOLL, *Circuit Judge*, and BUMB, *Chief District Judge.*[1]

PER CURIAM.

---

[1] Honorable Renée Marie Bumb, Chief District Judge, United States District Court for the District of New Jersey, sitting by designation.

# ORDER

Phillips 66, Phillips 66 Co. and WRB Refining LP filed a petition for panel rehearing.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

FOR THE COURT

October 27, 2025
Date

Jarrett B. Perlow
Clerk of Court