# United States Court of Appeals for the Federal Circuit

**MAGEMA TECHNOLOGY LLC,**
*Plaintiff-Appellant*

v.

**PHILLIPS 66, PHILLIPS 66 CO., WRB REFINING LP,**
*Defendants-Appellees*

2024-1342

Appeal from the United States District Court for the Southern District of Texas in No. 4:20-cv-02444, Senior Judge Simeon Timothy Lake, III.

**MANDATE**

In accordance with the judgment of this Court, entered September 8, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellant Magema Technology LLC in the amount of $772.52 and taxed against the appellees.

FOR THE COURT

November 3, 2025
Date

Jarrett B. Perlow
Clerk of Court